UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION											MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −137)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 1,131 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 18, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

### SCHEDULE CTO−137 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

ALABAMA NORTHERN

| ALN | 5 | 19−00747 | Ponzini v. Monsanto Company Corporation et al |
|---|---|---|---|

CALIFORNIA CENTRAL

| CAC | 2 | 19−04081 | Ricky Chambers v. Monsanto Company |
|---|---|---|---|

CALIFORNIA EASTERN

| CAE | 2 | 19−00953 | Jones−Basler et al v. Monsanto Company |
|---|---|---|---|

CONNECTICUT

| CT | 3 | 19−00708 | Lloyd v. Monsanto Company |
|---|---|---|---|

FLORIDA MIDDLE

| FLM | 2 | 19−00355 | Rodriguez v. Monsanto Company |
|---|---|---|---|
| FLM | 2 | 19−00365 | Schuetz v. Monsanto Company |
| FLM | 3 | 19−00615 | Perry et al v. Monsanto Company |
| FLM | 3 | 19−00616 | Smith et al v. Monsanto Company |
| FLM | 5 | 19−00267 | Glick v. Monsanto Company |

IOWA SOUTHERN

| IAS | 4 | 19−00162 | Williams et al v. Monsanto Company |
|---|---|---|---|

KANSAS

| KS | 2 | 19−02213 | McDiffett v. Monsanto Company |
|---|---|---|---|

KENTUCKY EASTERN

| KYE | 6 | 19−00135 | Noe et al v. Monsanto Company |
|---|---|---|---|

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 19−02087 | Wollfarth v. Monsanto Company |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 19−01470 | Larson et al v. Monsanto Company |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 4 | 19−00082 | McCaskill v. Monsanto Company et al |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 19−01034 | Austin et al v. Monsanto Company |
| MOE | 4 | 19−01037 | Ball v. Monsanto Company |
| MOE | 4 | 19−01039 | Banker v. Monsanto Company |
| MOE | 4 | 19−01042 | Clay et al v. Monsanto Company |
| MOE | 4 | 19−01043 | Clifton v. Monsanto Company |
| MOE | 4 | 19−01044 | Culp et al v. Monsanto Company |
| MOE | 4 | 19−01047 | George et al v. Monsanto Company |
| MOE | 4 | 19−01421 | Mason v. Monsanto Company |
| MOE | 4 | 19−01460 | Pritchett et al v. Monsanto Company |
| MOE | 4 | 19−01465 | Kuhlman v. Monsanto Company |
| MOE | 4 | 19−01505 | Maudlin et al v. Monsanto Company |
| MOE | 4 | 19−01506 | Shelton et al v. Monsanto Company |
| MOE | 4 | 19−01507 | Buchert v. Monsanto Company |
| MOE | 4 | 19−01508 | Kilburn et al v. Monsanto Company |
| MOE | 4 | 19−01521 | Shelton et al v. Monsanto Company |
| MOE | 4 | 19−01523 | Herring et al v. Monsanto Company |
| MOE | 4 | 19−01524 | Novak et al v. Monsanto Company |
| MOE | 4 | 19−01559 | Bittinger et al v. Monsanto Company |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 19−02248 | KARGEN v. MONSANTO COMPANY |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 19−00107 | Graves et al v. Monsanto Company |
| TNE | 3 | 19−00133 | Oleyar v. Monsanto Company |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 4 | 19−00400 | Payne v. Monsanto Company et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 1 | 19−00648 | Prins et al v. Monsanto Company |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 19−00663 | Scherrer v. Monsanto Company |
| WAW | 2 | 19−00723 | Madsen et al v. Monsanto Company |
| WAW | 2 | 19−00757 | White et al v. Monsanto Company |
| WAW | 2 | 19−00779 | Freepons v. Monsanto Company |
| WAW | 3 | 19−05459 | Zech et al v. Monsanto Company |